UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NASEDRA KENON LUMPKIN,
    Petitioner,

vs.                                        Case No.: 4:23cv340/MW/ZCB

RICKY D. DIXON,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner filed a habeas petition under 28 U.S.C. § 2254 and eventually paid the filing fee. (Docs. 1, 4). On September 25, 2023, the Court directed Petitioner to provide the Court with two copies of the habeas petition to facilitate service upon Respondent and the Florida Attorney General. (Doc. 5). The Court notified Petitioner that his failure to provide the service copies may result in dismissal of this case. (*Id.* at 1).

Petitioner did not provide the service copies within the time allowed. Therefore, on November 3, 2023, the Court ordered Petitioner to show cause, within thirty days, why the case should not be dismissed for his failure to comply with an order of the Court. (Doc. 6). The time for compliance with the show cause order has expired, and Petitioner has neither responded to the order nor provided the service copies.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Floyd v. Sec'y, Fla. Dep't of Corr.*, No. 3:21-cv-171, 2021 WL 3609330, at *1-2 (N.D. Fla. July 9, 2021), *adopted by* 2021 WL 3604075 (dismissing habeas petition where petitioner failed to comply with court order to provide service copies and did not respond to show cause order).

At Pensacola, Florida, this 12th day of December 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.