IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NASEDRA KENON LUMPKIN,**

    *Petitioner*,

v.                                  Case No.: 4:23cv340-MW/ZCB

**RICKY D. DIXON,**

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. The Magistrate Judge recommends dismissal for failure to comply with Court Orders. This Court has independently verified that neither of the Magistrate Judge's prior orders have been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's claims are **DISMISSED without prejudice** for failure to comply with Court Orders." The

Clerk shall close the file.

**SO ORDERED on January 9, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**